FILED
AT WICHITA, KS
JUL 2 4 2001
CLERK
By _____ Deputy
U.S. Ct. of Bankruptcy

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In Re:

PAUL DAVID PATTERSON     Case No. 97-10438-12
KATHERINE SUE PATTERSON    Filed: 02/07/97
         Debtor(s)

## FINAL DECREE

The estate of the above-name debtor having been fully administered (if appropriate and the deposit required by the plan having been distributed), it is ordered:

1. That the Trustee be and he (or she) hereby is discharged as trustee of the estate of the above-named debtor, and the bond be and it hereby is canceled.

2. That the chapter 7 (or 9 or 11 or 12 or 13) case of the above-named debtor be and it hereby is closed.

DATED: July 24, 2001        Robert E. Nugent
                                 U. S. Bankruptcy Judge